UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00219-SEB-MG |
| | ) | |
| BRITTANY LAWLER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul R Cherry's Report and Recommendation that Brittany Lawler's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of four (4) months in the custody of the Attorney General or his designee, with 10 years of supervised release to follow. In addition to the mandatory conditions of supervision, the conditions of supervision shall be modified as outlined in the Magistrate Judge's Report and Recommendation. The Court recommends placement at Clinton County Jail.

**SO ORDERED.**

Date: 9/30/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USM-C

Electronic Notice to USPO